**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Thomas Horne, et al.<br><br>　　　　Plaintiffs,<br>vs.<br><br>Sheila Sullivan Polk,<br><br>　　　　Defendant. | No. CV-18-08010-PHX-SPL<br><br>**ORDER** |

　　　Having considered Defendant's Motion for Reconsideration (Doc. 21), the Court will call for a response from Plaintiffs Thomas Horne and Kathleen Winn. *See* LRCiv 7.2(g)(2) ("No response to a motion for reconsideration and no reply to the response may be filed unless ordered by the Court…"). Accordingly,

　　　**IT IS ORDERED** that Plaintiffs shall have until **April 15, 2019** to file a response to Defendant's Motion for Reconsideration (Doc. 21). No reply shall be permitted unless otherwise ordered by the Court.

　　　Dated this 1st day of April, 2019.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　　　Honorable Steven P. Logan
　　　　　　　　　　　　　　　　　　United States District Judge